■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAD FLEMING, Appellant. [812 NYS2d 930]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (DiMango, J.), imposed December 13, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Ritter, Mastro and Lifson, JJ., concur.